■ ROBERT V. BOGAN et al., Appellants, v NEW YORK STATE DEPARTMENT OF LABOR et al., Defendants, and CSEA, Respondent. [648 NYS2d 390] —Motion to dismiss appeal denied. Memorandum: Plaintiffs' appeal has been dismissed as abandoned (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.

■ JOHN F. DRISCOLL, Individually and as Administrator of the Estate of JOHN F. DRISCOLL, Deceased, Appellant, v AKRON FIRE COMPANY, INC., et al., Respondents. [648 NYS2d 383] —Motion to vacate dismissal denied. Memorandum: Plaintiff has perfected the appeal from the final judgment, which brings up for review the order denying a new trial (see, CPLR 5501 [a] [2]). Present—Pine, J. P., Lawton, Wesley, Balio and Boehm, JJ.

■ LEONARD C. SPANO, as Administrator of the Estate of MARK A. SPANO, Deceased, Appellant, v ROBERT L. RILEY, Defendant, and MACKENZIE, SMITH, MICHELL & HUGHES LAW FIRM et al., Respondents. [648 NYS2d 387] —Motion for permission to proceed as a poor person denied. Memorandum: Plaintiff has failed to demonstrate a meritorious appeal (see, CPLR 1101 [a]). Present—Green, J. P., Pine, Wesley, Callahan and Boehm, JJ.

■ In the Matter of LEONARD C. SPANO, as Administrator of the Estate of MARK A. SPANO, Deceased, Appellant, v KEVIN WALSH, as Sheriff of Onondaga County, et al., Respondents. [648 NYS2d 383] —Motion for permission to proceed as a poor person denied. Memorandum: Petitioner has failed to demonstrate a meritorious appeal (see, CPLR 1101 [a]). Petitioner has set forth the nature of his petition, but no facts. The reason for the judgment of dismissal is unknown because no copy of it has been provided. Present—Green, J. P., Pine, Wesley, Callahan and Boehm, JJ.